IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

      Plaintiff,                    No. 2:13-cv-0822 CKD P

    vs.

A. BRANNEN,

      Defendant.              ORDER

                            /

          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, there are several problems with his submission. First, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Second, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Third, plaintiff failed to sign and date his complaint.

          Plaintiff will be provided the opportunity to correct these deficiencies by submitting a completed in forma pauperis application, a certified copy in support of his application, and a signed and dated complaint. Failure to submit these documents will result in a recommendation that this case be dismissed.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (Docket No. 2) is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order: (1) a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; (2) a certified copy of his prison trust account statement for the *six month period immediately preceding the filing of the complaint*; and (3) a signed and dated complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: May 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8/kly
jone0822.3c+new