UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>             Plaintiff,<br><br>      v.<br><br>A. BRANNEN,<br><br>             Defendants. | No.  2:13-cv-0822 CKD P<br><br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se.  On May 7, 2013, the court ordered plaintiff to submit a signed copy of his complaint within 30 days.  Plaintiff was warned that failure to comply with the court's order would lead to dismissal.[1]  Plaintiff has not complied with the court's order.  Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice.

Dated: August 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jone0822.usn

---

[1]  Plaintiff has consented to have all matters in this action before a United States Magistrate Judge.  See 28 U.S.C. § 636(c).

1